■ In the Matter of BARBARA S. DANIS et al., Appellants, v. COMMISSIONERS OF THE BOARD OF ELECTIONS OF NASSAU COUNTY, Respondents, and JOSEPH M. OAKES, JR., et al., Respondents.—

No opinion. Motion for leave to appeal to the Court of Appeals granted. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.